

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 14, 2015

Dan Pozza
Law Offices of Dan Pozza
239 East Commerce Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Robert B. Gilbreath
Hawkins, Parnell & Thackston, L.L.P.
Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, TX 75205
* DELIVERED VIA E-MAIL *

Eric Turton
6039 Whitby Road #202
San Antonio, TX 78240

Carl Kolb
926 Chulie Dr
San Antonio, TX 78216-6522
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-13-00239-CV
        Trial Court Case Number:     2010-CI-14280
        Style:  Law Office of Oscar C. Gonzalez, Inc. and Oscar Gonzalez
                v.
                Isabel Sloan

The Appellee's Vacation Letter in the above styled and numbered cause has this date been received from Carl Kolb.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jonathan Quintero
Deputy Clerk, Ext. 53220

# COURT OF APPEALS

**Fourth Court of Appeals District**
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037



OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

SAN ANTONIO
TX 780
16 JAN '15
PM 2 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁰
02 1P
0003179973    JAN 16 2015
MAILED FROM ZIP CODE 78205

Eric Turton
6039 Whitby Road #202
San Antonio, TX 78240

NIXIE          782    5E 1009          0001/23/15
                RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD

BC: 7820530379    *1888-00389-16-36